UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:    Francois Dennaoui,              Case No. 6:15-bk-01496-KSJ
          Debtor,

## NOTICE OF INCREASE IN PLAN PAYMENTS
*This notice supersedes any previous notices filed*

TO:    Francois Dennaoui
       12007 Walker Pond Road
       Winter Garden, FL  34787

This notice is occasioned by a Notice of Mortgage Payment Change received by this office from **Ditech Financial** (attached). Paragraph 8 of your Confirmation Order provides for this change in plan payments from you to the Trustee, and no further order is required.

**THE EFFECTIVE DATE OF THIS INCREASE IN PAYMENT IS WITH THE PAYMENT DUE:  April 2017**

|                          | Former     | New                    |
|--------------------------|------------|------------------------|
| Mortgage payment         | $613.90    | $774.34                |
| Difference               |            | $160.44                |
| Additional Trustee Fee   |            | $17.83                 |
| Your Payment to the Trustee | $4,281.00 | $4,459.27 (4/17-1/20) |
|                          | $4,276.00  | $4,454.27 (2/20)       |

If you have made one or more payments which are after the effective date of this change, you **MUST**, in order for your payments to be current and in good standing, forward the difference between your former payment and the new payment to the Trustee upon receipt of this notice.

I hereby certify that a copy of the foregoing Notice of Increase in Plan Payments has been forwarded to the debtor at the address listed above and to the debtors' attorney, Charles W. Price, Esq., 390 Maitland Ave., Ste. 1000, Altamonte Springs, FL  32701 on this the _3_ day of March, 2017.

/s/ Laurie K. Weatherford
Laurie K. Weatherford
Chapter 13 Trustee
Stuart Ferderer
Attorney for Trustee
Fl. Bar No. 0746967
Post Office Box 3450
Winter Park, Florida 32790-3450

**Fill in this information to identify the case:**

Debtor 1: Francois Dennaoui

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number: 6:15-bk-01496-KSJ

## Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Ditech Financial LLC fka Green Tree Servicing LLC

**Court claim no. (if known):** 8-1

**Last four digits of any number you use to identify the debtor's account:** 3675

**Date of payment change:** 04/01/2017
Must be at least 21 days after date of this notice

**New total payment:**
Principal, interest, and escrow, if any $774.34

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $159.52    New escrow payment: $118.87

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: ____%    New interest rate: ____%

   Current principal and interest payment $____    New principal and interest payment: $____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: ____

   Current mortgage payment: $____    New mortgage payment: $____

Official Form 410S1                Notice of Mortgage Payment Change                Page 1

3171-N-1083